UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE WYATT, | ) | 1: 04 CV F 6484 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | PURSUANT TO PLAINTIFF'S |
| v. | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL |
| V. REYNOSO, et al., | ) | (DOC # 18) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 8, 2005, plaintiff filed a document entitled "Motion to Dismiss" in which he states that he wishes to dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. Although defendants have been served with notice of this action, on August 12, 2005, defendants filed a notice of non-opposition to plaintiff's request to dismiss the action. Further, defendants have not filed a responsive pleading.

Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal and the Clerk of Court is directed to close the file in this action.

1  IT IS SO ORDERED.

2  **Dated:     December 19, 2005**            **/s/ Oliver W. Wanger**
   emm0d6                                      UNITED STATES DISTRICT JUDGE